```
                UNITED STATES DISTRICT COURT
              FOR THE MIDDLE DISTRICT OF TENNESSEE
                      NASHVILLE DIVISION
```

ADAM SWALLOWS, et al.,          )
                                )
        Plaintiffs,             )
                                )
             v.                 )    NO.  3:07-0369
                                )    Judge Echols/Bryant
CITY OF BRENTWOOD, TENNESSEE,   )
et al.,                         )
                                )
        Defendants.             )

**O R D E R**

Pending before the Court is the Joint Motion to Continue Trial and Adjust Case Management Order. (Docket Entry No. 33). This motion seeks both a continuance of the trial date and a corresponding modification of pretrial deadlines.

This case has recently been reassigned to the undersigned Magistrate Judge for case management. (Docket Entry No. 34).

This case is currently set for trial before the District Judge on May 13, 2008. The modifications in pretrial deadlines sought by the parties' motion extend beyond, and therefore are incompatible with, the current trial date of May 13, 2008. Accordingly, the undersigned Magistrate Judge lacks authority to grant the extensions in pretrial deadlines sought by the parties unless the District Judge continues the trial from its present setting.

For the above reasons, the parties' motion, to the extent that it seeks modifications of the case management order, is hereby

**DENIED** without prejudice to its refiling if the District Judge continues the trial date.

It is so **ORDERED**.

s/ John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge
