UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

ADAM SWALLOWS on behalf of         )
himself and all others             )
similarly situated                 )
                                   )
v.                                 )          No. 3:07-0369
                                   )          Judge Echols
CITY OF BRENTWOOD, TENNESSEE,      )
and RICKY WATSON, Chief of         )
Police for the Brentwood           )
Police Department                  )

**O R D E R**

Pending before the Court is a "Joint Motion to Continue Trial and Adjust Case Management Order" (Docket Entry No. 33). The Motion to Continue Trial is hereby GRANTED and the trial scheduled for May 13, 2008 and pretrial conference scheduled for April 14, 2008, are hereby continued. This case is returned to the Magistrate Judge to reconsider adjusting the Case Management Order as he deems appropriate and to set new trial and final pretrial conference dates. The Magistrate Judge should consult Judge Echols' courtroom deputy to coordinate the setting of the trial date. The Magistrate Judge shall ensure all pretrial discovery issues are resolved, any evidentiary issues are decided, and this case is ready for trial on the date scheduled for trial without further intervention by the Court. All such matters should be resolved before the final pretrial conference.

IT IS SO ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE